**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1888

DOUGLAS C. CHARNOCK, JR.,

                    Plaintiff – Appellant,

          v.

COMMONWEALTH OF VIRGINIA; CIRCUIT COURT JUDGE FREDERICK B.
LOWE,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Raymond A. Jackson, District
Judge.   (2:14-cv-00229-RAJ-LRL)

Submitted:  December 16, 2014         Decided:  December 18, 2014

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Douglas C. Charnock, Jr., Appellant Pro Se. Nicholas Foris
Simopoulos, Farnaz Farkish Thompson, OFFICE OF THE UNITED STATES
ATTORNEY, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas C. Charnock, Jr., appeals the district court's order denying his motion for injunctive relief and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Charnock v. Virginia, No. 2:14-cv-00229-RAJ-LRL (E.D. Va. July 29, 2014). We also deny Charnock's motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2